```
BARBARA JEAN MOORE            GENESIS FS CARD               USDA RURAL DEVELOPMENT
586 N PLEASANT HILL RD        ATTN: BANKRUPTCY              C/O US ATTORNEY
NEWHEBRON, MS 39140           PO BOX 4477                   501 E COURT ST
                              BEAVERTON, OR 97076           STE 4.401
                                                            JACKSON, MS 39201


THOMAS C. ROLLINS, JR.        INTERNAL REVENUE SERVI
THE ROLLINS LAW FIRM, PLLC    CENTRALIZED INSOLVENCY
P.O. BOX 13767                P.O. BOX 7346
JACKSON, MS 39236             PHILADELPHIA, PA 19101-7346


ALLY FINANCIAL, INC           INTERNAL REVENUE SERVI
ATTN: BANKRUPTCY              C/O US ATTORNEY
PO BOX 380901                 501 EAST COURT ST
BLOOMINGTON, IL 55438         STE 4.430
                              JACKSON, MS 39201


BRITTANY ALLEN                KIKOFF
586 N PLEASANT HILL RD        ATTN: BANKRUPTCY
NEWHEBRON, MS 39140           75 BROADWAY  SUITE 226
                              SAN FRANSICO, CA 94111


CAPITAL ONE                   KIKOFF LEND
ATTN: BANKRUPTCY              633 FOLSOM ST
PO BOX 30285                  SAN FRANCISCO, CA 94107
SALT LAKE CITY, UT 84130


CAPITAL ONE AUTO              MS DEPT OF REVENUE
7933 PRESTON RD               BANKRUPTCY SECTION
PLANO, TX 75024               PO BOX 22808
                              JACKSON, MS 39225-2808


CITIBANK                      PRENTISS FIN
PO BOX 790046                 PO BOX 1799
ST LOUIS, MO 63179            PRENTISS, MS 39474


CONCORA CREDIT                US ATTORNEY GENERAL
ATTN: BANKRUPTCY              US DEPT OF JUSTICE
PO BOX 4477                   950 PENNSYLVANIA AVENW
BEAVERTON, OR 97076           WASHINGTON, DC 20530-0001


CREDIT ONE BANK               USDA RURAL
6801 CIMARRON RD              ATTN: BANKRUPTCY DEPT
LAS VEGAS, NV 89113           PO BOX 66889
                              ST. LOUIS, MO 63166
```