# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50156      **Case Name:** Barbara Jean Moore

**Set:** 04/07/2026 01:30 pm   **Chapter:** 13   **Type:** bk      **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #18)- RESET TO 5/19/26 PER REQUEST OF PARTIES

Minute Entry Re: (related document(s): [9] Confirmation Hearing) The Trustee's Objection (Dkt. #18) is reset to 5/19/26. Confirmation hearing removed. (mcc)