# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Barbara Jean Moore**                                   Case No.   **26-50156**

Debtor(s)                          Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **April 6, 2026**              **/s/ Barbara Jean Moore**

**Barbara Jean Moore**
Signature of Debtor

BARBARA JEAN MOORE
586 N PLEASANT HILL RD
NEWHEBRON, MS 39140

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

USDA RURAL
ATTN: BANKRUPTCY DEPT
PO BOX 66889
ST. LOUIS, MO 63166

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

USDA RURAL DEVELOPMENT
C/O US ATTORNEY
501 E COURT ST
STE 4.401
JACKSON, MS 39201

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

BRITTANY ALLEN
586 N PLEASANT HILL RD
NEWHEBRON, MS 39140

KIKOFF
ATTN: BANKRUPTCY
75 BROADWAY  SUITE 226
SAN FRANSICO, CA 94111

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

KIKOFF LEND
633 FOLSOM ST
SAN FRANCISCO, CA 94107

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

MONTICELLO FINANCE***
863 W BROAD ST
MONTICELLO, MS 39654

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

PRENTISS FIN
PO BOX 1799
PRENTISS, MS 39474

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001