United States Bankruptcy Court

Southern District of Mississippi

In re:

Barbara Jean Moore

    Debtor

Case No. 26-50156-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: n031 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Jean Moore, 586 N Pleasant Hill Rd, Newhebron, MS 39140-4030 |
| 5618127 | + | Brittany Allen, 586 N Pleasant Hill Rd, Newhebron, MS 39140-4030 |
| 5650813 | + | Monticello Finance, 863 W Broad St, Monticello, MS 39654-7700 |
| 5661166 | + | Monticello Finance, LLC, P.O. Box 2048, Monticello, MS 39654-2048 |
| 5618139 | + | Prentiss Fin, Po Box 1799, Prentiss, MS 39474-1799 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 26 2026 20:41:20 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5622739 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 26 2026 20:41:17 | Ally Capital Department, AIS Portfolio Services, LLC, Account: XXXXXXXX4889, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5621124 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 26 2026 20:41:13 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5618126 | + | Email/Text: ally@ebn.phinsolutions.com | May 26 2026 20:37:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5618128 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2026 20:41:17 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5618129 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 26 2026 20:41:17 | Capital One Auto, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5622738 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 26 2026 20:41:13 | Capital One Auto Finance, a division of, Capital One, N.A. Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5618130 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2026 20:52:47 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5647528 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2026 20:41:17 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5618131 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 26 2026 20:38:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5618132 | + | Email/PDF: creditonebknotifications@resurgent.com | May 26 2026 20:41:21 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5618133 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 26 2026 20:38:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5618135 | + | Email/Text: ebone.woods@usdoj.gov | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: n031 | Total Noticed: 27 |

| | | | |
|---|---|---|---|
| | | May 26 2026 20:37:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5618134 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2026 20:37:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5618136 | + Email/Text: bankruptcy@kikoff.com | May 26 2026 20:37:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 5618137 | + Email/Text: bankruptcy@kikoff.com | May 26 2026 20:37:00 | Kikoff Lend, 633 Folsom St, San Francisco, CA 94107-3600 |
| 5645199 | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2026 20:41:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5618138 | Email/Text: BANKRUPTCY@DOR.MS.GOV | May 26 2026 20:37:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5648114 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2026 20:41:17 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5618140 | ^ MEBN | May 26 2026 20:36:03 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5618141 | + Email/Text: sm.rd.so.bkr@usda.gov | May 26 2026 20:37:00 | USDA Rural, Attn: Bankruptcy Dept, Po Box 66889, St. Louis, MO 63166-6889 |
| 5618142 | + Email/Text: ebone.woods@usdoj.gov | May 26 2026 20:37:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | |

District/off: 0538-6                               User: mssbad                                      Page 3 of 3
Date Rcvd: May 26, 2026                          Form ID: n031                                 Total Noticed: 27

on behalf of Debtor Barbara Jean Moore trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−50156−KMS
**Chapter:**  13

**In re:**

Barbara Jean Moore
586 N Pleasant Hill Rd
Newhebron, MS 39140

Notice of Entry of Order Confirming Plan

The Court entered an Order on May 26, 2026 (Dkt. # 33 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 26, 2026

Danny L. Miller, Clerk of Court