UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    BANKRUPTCY CASE NO.
BARBARA JEAN MOORE                                        26-50156 KMS

## ORDER INCREASING PLAN PAYMENT

THIS MATTER CAME BEFORE THE COURT on Trustee's Motion to Increase Plan Payment (DK#36) and the Court finds that no response to the Motion was filed and that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the Plan payment be, and the same hereby is, increased to the sum of $1,419.42 per month beginning the month of July 28, 2026.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net